No. 93–8933. CLIFFORD v. ESPY, SECRETARY OF AGRICULTURE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–8944. REEVES v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–8954. GEORGESCU v. BECHTEL CONSTRUCTION, INC. C. A. 9th Cir. Certiorari denied.

No. 93–8957. GEORGE v. ILLINOIS (two cases). App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–8958. DUVALL v. PURKETT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 93–8959. BOODRAM v. MARYLAND FARMS CONDOMINIUM ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8970. PONCE-BRAN v. CALIFORNIA FACULTY ASSN. ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–8975. JONES v. WASHINGTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–8982. CUTWRIGHT v. UNITED STATES; and
No. 93–9114. MCKIBBEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8992. LORAH v. DEPARTMENT OF HUMAN RIGHTS. C. A. D. C. Cir. Certiorari denied.

No. 93–8997. CHAVEZ v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 93–8998. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–9016. DASILVA v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–9109. LONG v. UNITED STATES; and
No. 93–9206. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.